UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                           No. 07-11494

v.                                                  District Judge John Corbett O'Meara
                                                    Magistrate Judge R. Steven Whalen

ALECHA A. BENSON a/k/a
ALECHA BENSON-LOCKHART,

    Defendant.
_____/

**ORDER**

       This is a student loan case. Default judgment was entered against Ms. Benson-Lockhart on July 2, 2007. On November 28, 2017, Plaintiff issued a writ of continuing garnishment as to Ms. Benson's wages at Nirvana Food & Beverage, Inc. Before the Court is Ms. Benson-Lockhart's objection to the garnishment [Doc. #22]. In her objection, she disputed the validity of the debt, and requested verification.

       At the hearing on the objections, held on June 26, 2018, Ms. Benson-Lockhart stated that she had now received verification of the debt, and does not dispute the same. Further, she and the Plaintiff's attorney indicated a willingness and desire to discuss a partial payment plan or other resolution, in lieu of garnishment. Ms. Benson-Lockhart also affirmatively stated that she is withdrawing her objection [Doc. #22] so that she could pursue discussions with Plaintiff's counsel.

Accordingly, for the reasons and on the basis stated on the record on June 26, 2018, the Defendant's objection to garnishment [Doc. #22] is DISMISSED.

IT IS SO ORDERED.

Dated: June 26, 2018						s/R. Steven Whalen
								R. STEVEN WHALEN
								U.S. MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify on June 26, 2018 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on June 26, 2018.

								s/Carolyn M. Ciesla
								Case Manager for the
								Honorable R. Steven Whalen